Martin Luther LINDSTEDT, The Church of Jesus Christ Christian/Aryan Nations of Missouri, Plaintiff–Appellant,

v.

NEWTON COUNTY, Missouri; Newton County Sheriff's Department; Ken Copeland, Newton County Sheriff; Oren Barnes; Michael Lindstedt;

Terry Neff, Attorney; The Honorable Kevin L. Selby; The Honorable Timothy Perigo; Crystal Courtney, Defendants–Appellees.

No. 16–1489

United States Court of Appeals, Eighth Circuit.

Submitted: October 7, 2016

Filed: October 11, 2016

Martin Luther Lindstedt, Granby, MO, pro se.

Ron Mitchell, Blanchard, Robertson, Mitchell & Carter, P.C., Joplin, MO, for appellees Newton, Missouri, Newton County Sheriff's Dept., Sheriff Ken Copeland, and Deputy Sheriff Oren Barnes.

Richard Strodtman, Blanchard, Robertson, Mitchell & Carter, P.C., Joplin, MO, for appellee Terry Neff.

Brandon Laird, Asst. Atty. Gen., Kansas City, MO (Chris Koster, Atty. Gen., Jefferson City, MO, on the brief), for appellees the Honorable Timothy Perigo and the Honorable Kevin Lee Selby.

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Martin Luther Lindstedt, The Church of Jesus Christ Christian/Aryan Nations of Missouri appeals the district court's[1] orders granting motions to dismiss an amended complaint for failure to state a claim. We find no basis for overturning the orders at issue, and appellant has identi-

---

[1] The Honorable Stephen R. Bough, United States District Judge for the Western District

fied none. The judgment of the district court is affirmed. See 8th Cir. R. 47B.